Tribeca Lending Corp. v Bartlett

2026 NY Slip Op 03092

May 14, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

Tribeca Lending Corporation, Plaintiff-Respondent,

v

Gregory M. Bartlett, Defendant-Appellant.

Decided and Entered: May 14, 2026

Index No. 105275/07|Appeal No. 6639|Case No. 2025-07134|

Before: Manzanet-Daniels, J.P., Kennedy, Friedman, Gesmer, Rosado, JJ.

Gregory M. Bartlett, appellant pro se.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Westbury (Joseph F. Batista of counsel), for respondent.

[*1]

Appeal from order, Supreme Court, New York County (Suzanne Adams, J.), entered May 9, 2025, which denied defendant's letter application for leave to file a motion to vacate the judgment of foreclosure and sale, unanimously dismissed, without costs, as taken from a nonappealable paper.

The letter of denial, which was in response to defendant's letter to the Administrative Judge, is not appealable as of right because it did not decide a motion made upon notice (CPLR 5701 [a] [2]; see Sholes v Meagher, 100 NY2d 333, 335 [2003]; Djeddah v Williams, 134 AD3d 479, 480 [1st Dept 2015]). We decline to exercise our discretion to deem the notice of appeal a motion for leave to appeal.

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: May 14, 2026